### ERNEST J. CASSEN v. PAULINE MORIN CASSEN

21 So. (2nd) 458           January Term, 1945
March 23, 1945           Division A

*Murray Sams* and *John L. Graham,* for appellant.
*Strayhorn & Strayhorn,* for appellee.

PER CURIAM:

The record and briefs in this cause have been examined and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.